Our last case of the day, United States v. Roberts and Mangini. May it please the court, my name is Peter Goldberger, it's my privilege to be appointed by this court to represent the appellant Dan Mangini and to be here to present argument on behalf not only of my client but also his life partner and co-appellant Stephen Roberts. It appears there is some agreement that a remand would be a good idea for fact-finding with respect to the relationship between the two appellants. I guess the real issue before us is what else would you have us do, if anything, in the meantime? Yes, we think that reading the opinion of the district court and the history of the case, particularly with reference to the varying statements made by the probation officers in their own documents and as reported in our client's affidavits, that we need to resolve a, some legal rulings on the district court's, to clarify the district court's authority over requests of this kind and the applicability of the standards that this court has articulated to requests of this kind. In addition to that, we have identified three or four factual questions if there is to be a hearing and if we don't resolve things without a hearing in light of the guidance on the law, not just the nature of the relationship, which I honestly don't see how that's a contested issue when the clients are pressing us to press the case. How can it be that they don't really have the relationship? That seems odd to me, but in any event, there's also the question of whether there is any genuine increased risk of recidivism or a diminution of the deterrent or rehabilitative effect if they were allowed to see each other under the circumstances that they've asked. There's conflicting, conflicting evidence as to the reason for the denial. It goes in fact to the reason. We haven't seen any evidence as to, that came up in the judge's opinion and it wasn't really cited by probation. Right. Let me ask you. If I may. Sure. I'm sorry. Go ahead. I only had one other fact that might be an issue depending on how the legal questions are decided, which is what is the policy and what is the practice regardless of the policy of the probation office with respect to visitation and contact between the range of similarly situated supervisees? And the government seems to agree with that. Mr. Goldberger, this is Judge Alderson. It would be helpful to me if I knew what, where the controversy is now, the, the government agrees that the matter has to be remanded. You want it to be remanded. What is the difference between what the government wants and what you want? If I understand their position and my very capable friend, Mr. Osler will say that authoritatively, is that the government is asking for a remand with no instructions and we're asking for a remand with instructions both as to the factual questions to be resolved and the legal standard which will apply once the facts are resolved. Give me a second. Well, give me again what you understand the government. Doesn't the government say why it wants a remand? In their brief, as I understand it, the only point they concede for remand is, is to determine as a matter of fact, the nature of the relationship. Wait a second. If you take a look at their brief, I thought that they agree with you that they didn't have a problem with looking at the, at the nature of the, excuse me, at the, at the policies. Look, page 11 of the red brief would note one quote, the government did not object to hearing in which the probation office could place on the record its policies and procedures for granting or refusing permission for supervisees to associate with convicted felons, close quote. Sounds like they're agreeing with you that that's inappropriate. If they're saying there in that footnote to the statement of the case that that's also within the scope of the relief they're asking for, I'm fine with that in any way. The time might be best spent with Mr. Osler on exactly what they're saying. Okay. So what we've come down to is, well, instead of that, why don't I ask you this question? What are you, you're not asking, are you, for us to say whether or not standard condition nine is, is lawful or not, are you? That is correct. Judge Katz in some points, it seemed to think we were, but if we had that position, I think the law is clear that it should have been raised on direct appeal. We're not raising it now. The question is how it is being enforced and applied to them from time to time and in general. And you want us to say that Judge Katz was wrong when he said he didn't have jurisdiction over this. Whatever he meant by jurisdiction. Because if we do nothing more than remand, he will say, well, wait a minute. I already said that under this 3583 E situation, I, I can't decide this. Right. And I do think what, what he meant there was exactly what Judge Shorten was asking about is that that was one of those points at which it appears to me the opinion lost track of the difference between the as applied and, and the honest face challenge to, to conditions. In fact, if you had done this on direct appeal, it might've been not right. It is my, I do think that unless defense counsel had said at the time of imposition of sentence, let me just clarify that your honor. When you say no convicted felons, you understand these men have been together for 20 years. They raised a daughter together. You don't mean that when they both get out of prison, they're not going to be allowed to see each other except in rare circumstances. You don't need to apply to it. And the judge has said, oh, that's exactly what I mean. Then we would have had something for direct appeal. And even then, I'm not sure whether it would or would not, I guess it would have been right. But it still would have been up to the probation officer. So even if the judge said at the, you don't know until the probation officer has said no way. Right. Because this condition has the explicit, without the permission of the probation officer clause attached to it, unlike other provisions. I mean, the don't travel outside the state provision also is subject to being waived by the probation officer, even though it doesn't have that clause on it. But this one has it right on the clause. So I guess you can't really challenge it on its face. Now, assuming that. Unless the position was we're exempt by reason of this relationship, we're just completely exempt from this condition. And that's not the position we're taking. All right. Now assume for the sake of discussion that it goes back to the district court. The district court still, and district court understands at that point that you're not challenging the legality of the standard condition on it, only how it's being applied here. At that juncture, it's a matter of discretion for the district court in reviewing how it's being applied. Correct? Yes. But that discretion is cabined by a statutory standard and a line of case law, which we ask the court to agree with us applies. That is the statutory standard that we understand to apply to each request, as well as to the condition on its face. That is that the restriction on liberty, that this is a restriction on liberty within the meaning of the statute, and that the restriction on liberty must be no greater than necessary to achieve the particular statutory purposes of supervision as stated in the statute. And secondly, that where the interest involved is in the family of constitutionally protected interests, as here, that the law standard applies. So it's not just like the probation officer exercising jurisdiction to allow the supervisee  to grant an exception. They must construe, under law, construe it not to prohibit the kind of familial relationship that we have in the past, and be consistent with it. The standard is not, as the probation officer has said a couple of times, whether the request presents a compelling need to grant an exception. It's the opposite. Okay, may I ask that officer again, can you explain to me precisely what Mr. Roberts wants? From you, from the Court of Appeals? Yes. We want a remand with instructions, an opinion with the remand, which says that the district judge has authority to review the refusal to give permission by the probation officer. That's number one. Yes. Now factually, does he want to live with Mr. Mangini, or does he just want to visit him? What is the status of the request there? That question is very important because it has been a source of confusion. Because the answer that they have given to that question below was a mature, responsible, thoughtful, and cautious answer, it was misconstrued. That is, what they say, and it's not Mr. Roberts says nothing different from Mr. Mangini in this respect. What they say is, we lived together for 20 years and we raised a daughter together. Each of us is the most important person in the other person's life. We are viewed as family by the family of each other, and we view each other's family as our family. Yet we have been separated by the circumstances of this case, not by our own choice, but as a consequence of what we did for more than three years. It would be irresponsible to say, I want to move back in together. What they want to do is to be able to work on figuring that out. They want to have contact, communication, and relationship. They have the relationship, and see whether the relationship will restore to the point where it was before. To me, that is an admirable response that they gave. Living together is somewhat beside the point, because the prohibition is the association. Which has been construed so broadly as to mean they cannot speak on the telephone without permission. That's construed as associating. That's why our request was to modify or clarify. If Judge Katz had said to the probation officer, that's not what I mean by associating, then we wouldn't have... Let me ask you this. Has this ever been discussed with the government, Mr. Goldberger? Yes, repeatedly, and we just talked about it this morning again, and have agreed to talk again. I don't know how far apart we are, but there are problems with getting the probation officer on board, and Judge Katz's opinion leaves me, frankly, unsure what he thinks is the right answer, and what his authority is. Well, he... By not... I was going to say, by Judge Katz deciding he couldn't decide this, you didn't get very far. Yeah. And yet, he did decide it. I mean, he said that at the end of his opinion, not at the beginning. So, I am confused as to just what he meant and what he thought. Now, Mr. Goldberger, what's your position as to what authority has jurisdiction to determine the future, assuming, as you say, that you're going to start out with, let's say, association, and they will then determine to the extent whether this will be a more personal relationship. Who would make the review of the decision of the parties? Where do you think that the authority lies, and what is the extent of their authority? Is it the probation officer? Is it the district court? It is the probation officer subject to plenary supervisory authority of the district judge. Okay. The authority of the probation officer is a delegated authority to execute the judgment of the district court, and the district court can supervise. Okay. I don't think we have a dispute over the most fundamental issues in the case, that the interest they're expressing is within the meaning of liberty under this statute and within the bounds of the Loy-Crandon standard. At least, that's between us and the government. And if the court doesn't have any questions about that, I will rely on that agreement and be on time. All right. Thank you. Thank you. And we'll hear from you on rebuttal. Mr. Zosmer. Good afternoon. Good afternoon, Your Honor. It's a good morning. Judge Altaster. Robert Zosmer on behalf of the government. May it please the court. There is a good deal of confusion in this matter. There was an old classic film called Rashomon that this reminds me of, in which a number of people look at the same situation and everybody comes away seeing something different. Help us out with something right off the bat, if you would, please, Mr. Zosmer. And that is, you heard what Mr. Goldberger just said here. What is it that the government thinks ought to happen that's different, if at all, from what Mr. Goldberger has just expressed his clients think should happen? We largely agree and I have a little bit of disagreement. Tell us about that little bit. Sure. The agreement is that there should be a remand for finding of the specific facts that are at issue. And perhaps a consensual resolution of this whole matter. The slight disagreement is that whether this court should address legal standards with regard to facts that haven't even been found yet. We do not believe that there's a place right now for this court to essentially give a series of advisory opinions regarding hypothetical facts that are not established in the record. So that's where our disagreement is. But we do have to reverse the district court if we believe it's correct to do so with respect to the court's ability under 3583 to deal with this matter because it's an unforeseen circumstance. In other words, the district court thought it was a facial challenge. It was using the facial challenge cases and this is not a facial challenge, correct? Right. Everybody agrees with this doubt. I'm sure the district court would as well. The party's original submission did read like a facial challenge. And so Judge Katz in only a part of his order did address that. He used the term jurisdiction which may have been inadvisable. It's not a matter of jurisdiction but it is a precedent of this court that the challenge to the condition added issue should only be presented in a direct appeal. So Judge Katz is right about that and now Mr. Goldberger has explained that they're not challenging the condition. So if this court thinks it's important to remove the word jurisdiction we fully agree with that. It leaves us exactly where we are which is the condition exists but it needs to be applied in an appropriate manner by the probation officer within the probation officer's discretion and that is subject to the oversight of the district court. So the question is what's happening right now? What happened in the district court is that the probation officer and the district court clearly were under the impression that these two gentlemen did not wish to renew their relationship. They merely wished to communicate with each other. And on the basis of those facts the probation officer denied permission and the district court upheld that. If those facts were correct if that's all that ever happened in this case I would be standing here defending the discretion of the district court to make that decision. That a condition that felons not communicate with each other while on probation is standard and understandable and perfectly logical and even more compelling in a case such as this where the two felons that you're prohibiting from communicating with each other are the two people who committed the crime together. These aren't just two felons who happen to know each other. These are people who in the past demonstrated a propensity to commit crime together. So this is a standard condition of probation as one could imagine. The additional fact that needs assessment by the district court is whether it matters that these two people were in this long term relationship and now say that they may want to continue the relationship. Do you agree Mr. Zosmer with I'll just ask you I read from your brief your footnote do you agree that one of the things that the court needs to look at upon remand is the policies and procedures for granting or refusing permission of supervisees? Absolutely. The question has been presented by the defense suggesting that the probation officer Excuse me assistant officer Judge Jordan please repeat his question I could not hear it. I was asking Judge Alvesert whether Mr. Zosmer agreed with my understanding of his brief at footnote 1 where it says that the government would not object to a hearing in which the probation office could put on the record its policies and procedures for granting or refusing permission for supervisees to have contact with one another and I believe he answered that yes that would be an appropriate thing for them to handle at this factual hearing that everybody seems to agree ought to occur Is that correct Mr. Zosmer? Yes sir. My answer to the question is that it is a relevant consideration The defense has suggested that the probation office has a policy that's discriminatory that is different for homosexual couples as opposed to heterosexual couples There is nothing on the current record Let me interrupt and interfere again Mr. Zosmer I asked you a question and you responded but the transmission didn't come through The question I ask is how do you basically differ from what Mr. Goldberger wants here All I'm suggesting your honor is that there is not a place at this moment for this court to rule on legal issues based on facts that haven't been established For example, a good part of the defense brief is addressed to the proposition that it's a constitutional that there are constitutional issues here that there is disparate treatment of a homosexual couple There's no facts supporting that on the record right now and for this court to instruct as to how the district court should constitutionally approach different situations I think would amount to an advisory opinion So in particular, your honor the defense has said that the U.S. probation office has made it clear in this case that it will never allow contact, that it will always deny going forward contact between these gentlemen and that this court should correct that but there's no record support for that Similarly, the defense has suggested as I've said, the probation office has a different policy for these gentlemen than they do for others Do I understand the government to say that it does not does not wish us to say or now or in the future that a heterosexual family could have these relations but a homosexual family could not You're not saying that's your position We are not saying that that's our position We are not asking for that We are suggesting that we need to know the facts We need the district court to tell us what the facts are and what its decision is and if it presents that sort of issue we will then come back and address it if we need to. I have a strong doubt that we will ever get to that point but I just don't think that we're in a place right now to address these very sensitive constitutional issues when there may never be any need to Well, the district court did say that defendants may associate with each other if their probation officer permits it The anti-association condition therefore does not violate defendants' rights under the due process clause of the Fifth Amendment If we want to take the district court to task or instruct it as to whether we agree categorically with that statement wouldn't we be doing something based upon what they did, not making up law based on facts Oh, certainly but that's not the part that the defense is objecting to because Judge Cassie, in his opinion also says that he is not treating these people any differently than he would treat a heterosexual couple who, as he perceived it would be in the same situation of a estranged or a former couple. So the judge there was not saying anything that distinguishes these people from anybody else. I don't think anybody disagrees with that basic statement of law that your honor just read The defense has jumped further to speculate what they think is motivating the probation office and the district court Alright, this is Judge Officer interrupting again You're not interrupting Judge Officer You're participating, it's okay Alright, okay From your argument and Mr. Goldberger's argument I think that this case is conducive to an agreement between the two of you So why can't two of you, and again I'm addressing Mr. Goldberger at the same time, get together today and see if you can't work an agreement here so that this court will not have to make a decision on but because I think you're so close that I think it would be better for an amicable adjustment than this I absolutely agree your honor and so that the court knows, it's not on the record but I'll advise the court that I spoke to Mr. Goldberger this morning I've only been involved in this matter for a few weeks I told him that as of today as a supervisor I've assigned this to myself and I think we should get everyone together. I think we should get the probation officer and these two gentlemen and everyone's attorneys in the same room and figure out what are the facts This came up this morning because I was talking to my esteemed colleague Ms. Rotberg who represents one of the defendants and I was saying that I had a conversation with the probation officer two days ago in which he told me the absence of any discriminatory policy She suggested that she had a conversation with the same gentleman and came away with a different impression and that's when I said we just need to get everybody together I'm available as soon as tomorrow and I do think this can all be worked out I really think that all I'm saying, this isn't even an argument really, really all I'm saying is that the standard jurisprudential concern against needlessly reaching constitutional issues should apply in this case and we should find out what the facts are and get it resolved And here we have a situation where these sentences are not that long and they're running as we speak. If we do send it back for an evidentiary hearing on these three aspects and then Judge Katch applies the standard and it is you know it's going to be difficult, it could come up again it seems like it's a waste of not only the time of these poor individuals in a very difficult situation but also quite frankly I think it's a waste of the court's time the fact that there are different things being said and the concept of a risk of further criminal activity you all are adults and I think we will we welcome your confidence that you can achieve something if you do not obviously we will decide the matter but it just seems like just like you don't want us to decide constitutional issues when it's not necessary I don't think you should ask this court to decide this case when it's something that really should be able to be resolved so I echo Judge Alda certain sentiments having said that I've taken your time if you have anything further Mr. Zausman. No that's fine we will make that effort and we will advise the court in writing what happens I'm not sure that it settles the issue for all time if where we are just so the court knows how this may play out. It's also a very unique circumstance. Oh certainly but where we are right now is that ultimately as I said before the probation officer is the person with the expertise and the duty to make decisions on a day by day basis it's not what we have district judges for it's not what we have appellate judges for but when we have probation officers who say well gee if it was a mother and son or a regular heterosexual couple you know I would have no problem with it then we get concerned. Well that's true but again that's not that hasn't been established factually that's one side statement and of course we should get concerned at that point but what I'm suggesting is that if where we are as Mr. Goldberger said is that they want to start talking to each other and communicating and seeing where that goes well that means that there's going to be ongoing daily supervision there's going to be issues that come up as the relationship progresses or doesn't progress but the appropriate thing is for the probation officer to handle it and for the parties to go to the district court as they need to for the district court to exercise it's discretion  that this court will want to be involved in monitoring on a what was this ongoing conviction methamphetamine I would like advice by letter within 10 days of progress if you would because we need to move on if we are going to write on this thank you Mr. Goldberger rebuttal I'm not even sure I would call it rebuttal but let me say that it's regrettably not true that there is nothing in the record to raise a question and a concern the probation officer on page 82 the appendix has a memorandum to the district judge in which he gives his reasons for saying no they are reasons which say no every time they are generic reasons not request specific reasons for saying no there's nothing suggesting the policy is different for couples I'm glad Mr. Sanderson said that to Mr. Zauser but it's not what our affidavits say that he said to anyone else it's not what he said to Mary Catherine Roper according to her so again this is not the first assistant U.S. attorney who has said let me help you Mr. Perricone the chief of the drug unit said the same thing many months ago and it didn't work unfortunately as I say our problem has not been with the U.S. attorney's office I am concerned about what's going on in the thank you counsel the case was well argued Mr. Goldberger thank you for your assistance in this matter we would ask for an agreed letter in 10 days as to where the matter stands we'll do that we'll take it under advice thank you very much please rise this court stands adjourned until Tuesday May 15, 2017 Judge Aldous are you still there? yes we will call you back in your chambers probably in around 20 minutes is that alright? that's best thank you